

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2016

No. 04-16-00484-CR

**IN RE** Juan Guzman **ZUNIGA**, Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Jason Pulliam, Justice

Relator filed this petition for writ of mandamus on August 1, 2016, complaining that the trial court had not ruled on two motions filed by Relator. On September 6, 2016, Respondent filed copies of orders denying both motions. Because the trial court has ruled on the two motions, Relator's petition for writ of mandamus has been rendered moot. Accordingly, this original mandamus proceeding is DISMISSED AS MOOT.

It is so **ORDERED** on September 12, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2006CR5239, styled *State v. Juan Guzman Zuniga*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.